## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**  303-844-2527
 Judge

October 6, 2011

### MEMORANDUM

TO: Greg Langham, Clerk

FROM: Judge Babcock          s/LTB

RE: Civil Action No. 11-cr-00407-LTB
 USA v. Lehi

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp