**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | September 17, 2014 | Prob./Pret.: | Erika Hitti and |
| Courtroom Deputy: | Robert R. Keech | | Chris Perez |
| Court Reporter/ECR: | Janet Coppock | Interpreter: | N/A |

Criminal Case No. **11-cr-00407-WYD**          Counsel:

UNITED STATES OF AMERICA,          Dondi J. Osborne

       Plaintiff,

v.

**1.  EDWIN LEHI**,          Edward R. Harris

       Defendant.

**COURTROOM MINUTES**

**SUPERVISED RELEASE VIOLATION HEARING**

**2:09 p.m.**   Court in Session - Defendant present (in-custody)

APPEARANCES OF COUNSEL.  Ms. Osborne and Ms. Hitti appear via video conference.

Court's opening remarks.

2:12 p.m.   Statement on behalf of Defendant (Mr. Harris).

2:15 p.m.   Statement on behalf of Government (Ms. Osborne).

2:17 p.m.   Statement on behalf of Probation (Ms. Hitti).

2:18 p.m.   Statement by Defendant on his own behalf (Mr. Lehi).

        Court makes findings and concludes that defendant has violated conditions of supervised release.

**ORDERED:** Government's Motion for Variant Sentence [ECF Doc. No. 84], filed August 20, 2014, is **GRANTED.**

**ORDERED:** Supervised release is **REVOKED.**

**ORDERED:** Defendant be **imprisoned** for **2** years.

**Court RECOMMENDS that the Bureau of Prisons credit defendant for 84 days spent in custody.**

**ORDERED:** Upon release from imprisonment, no further period of **supervised release** shall be imposed.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Defendant is **REMANDED** into the custody of the U.S. Marshal.

**2:35 p.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME: :26**